| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

PATRICIA KRAFT,
    Plaintiff,

versus

PETER DAVID BATY,
    Defendant.

Civil Action: 4:20-cv-04015

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Peter David Baty, pdbatyconsulting@gmail.com, and at

15089 FM 2154, College Station, Texas 77840

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: August 14, 2023      By: _____
    Jennelle Gonzalez, Deputy Clerk