United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

fUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA KRAFT, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:20-cv-04015 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TEXAS A&M | § | |
| UNIVERSITY, *et al*, | § | |
| Defendants. | § | |

## ORDER FOR STATUS REPORT

Defendant Texas A&M University System was dismissed with prejudice from this action upon consent. Dkt 55.

Defendant Texas A&M University filed a motion for summary judgment. Dkt 68. The motion was granted in July 2023, and the claim by Plaintiff Patricia Kraft against the University was dismissed with prejudice. Dkt 73.

The only remaining claim remaining is against Defendant Peter Baty. Kraft was ordered to seek entry of default against Baty by August 1, 2023. A constructive motion by Kraft for entry of default was later granted. Dkt 75. But Kraft hasn't filed for default judgment against Baty, nor has she made any filing since August 2023.

Plaintiff Kraft is ORDERED to file a status report as to her intentions in this action by March 25, 2024.

So ordered.

Signed on March 13, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge